# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | |
|---|---|
| DWIGHT ELLIS BROOKS | * |
| | * |
| Plaintiff | * |
| | * |
| V. | * |
| | *   NO: 4:14CV00005 SWW |
| MIKE BEEBE, Governor of the State of Arkansas, and JAMES M. MOODY, United States District Judge for the Eastern District of Arkansas | * * * |
| | |
| Defendants | |

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED THIS 21st DAY OF MARCH, 2014.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE